Charlotte MATTHEWS, Plaintiff–Appellant,

v.

Donna E. SHALALA, Secretary, United States Department of Health and Human Services, Defendant–Appellee.

No. 00–2098.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 16, 2001.

Decided Jan. 26, 2001.

reversible error. Matthews failed to show that her employer's legitimate, nondiscriminatory reason for offering the GS–13 contract specialist positions to other candidates was "unworthy of credence." *Reeves v. Sanderson Plumbing Prods., Inc.,* 530 U.S. 133, 120 S.Ct. 2097, 2108, 147 L.Ed.2d 105 (2000). She further failed to show that she suffered an adverse employment action as a result of filing a charge of discrimination. *See Boone v. Goldin,* 178 F.3d 253, 256 (4th Cir.1999). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Charlotte Matthews, pro se. Nadira Clarke, Special Assistant United States Attorney, Baltimore, MD, for appellee.

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

PER CURIAM.

█ Charlotte Matthews appeals the district court's order dismissing her employment discrimination complaint. We have reviewed the record and the district court's ruling from the bench and find no